IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-02638-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: February 13, 2012** | Courtroom Deputy: Robin Mason |

| | |
|---|---|
| *Parties:* | *Counsel:* |
| MARGARET PURNELL, | Keith Alan Gantenbein , Jr. |
|      Plaintiff, | |
| v. | |
| AMERIFIRST FINANCIAL, INC., an Arizona Corporation doing business as Amerifirst Financial Mortgage Bank, AMERIFIRST MORTGAGE, LLC, an Arizona Limited Liability Company, ERIC M. BOWLBY, doing business as Amerifirst Financial, MICHAEL J. WANSTEN, individually, and KATHY KLADNIK-SCHELLHAS, individually, also known as Kathy Schellhas; John and Janes Does 1-15, XYZ Corporations 1-15, and ABC Limited Liability Companies 1-15, | Paul Gordon |
|      Defendants. | |

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTION HEARING**
**Court in Session:      1:27 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding plaintiff's Motion to Remand to State Court (Docket No. 10, filed on 11/6/2011), defendant's Response to #10 Motion to Remand to State Court filed (Docket No. 14, filed on 11/30/2011), and plaintiff's Reply to Response to #10  Motion to Remand to State Court (Docket No. 19, filed on 12/14/2011).

The counsel for the plaintiff presents oral argument to court.  The court questions Mr. Gantenbein. Mr. Gantenbein requests to have a short recess to confer with his client.  Court grants oral motion for a recess.

**Court in recess:** **1:58 p.m.**
**Court in session:** **2:07 p.m.**

Mr. Gantenbein informs the court that his client would like to withdraw her Motion to Remand to State Court (Docket No. 10, filed on 11/6/2011).

**ORDERED:** The court will allow the plaintiff to **WITHDRAW** Motion to Remand to State Court (Docket No. 10, filed on 11/6/2011).

HEARING CONCLUDED.

**Court in recess**: **2:13 p.m.**
Total time in court: 00:46

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.